VERONICA CAROL SMITH v. WILLIAM PASHKOWSKY.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. LORINZA WASHINGTON.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. HERBERT A. TUCKER.

October 5, 1971. Petition for Certification denied.

HUDSON-BERGEN PACKAGE STORES ASSN. v. BOARD OF COMMISSIONERS OF THE TOWNSHIP OF LYNDHURST, *ET AL.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. WILBERT SMITH.

October 5, 1971. Petition for Certification denied. (See 113 *N. J. Super.* 120).

STATE OF NEW JERSEY v. ARTHUR A. JORDAN.

October 5, 1971. Petition for Certification denied. (See 115 *N. J. Super.* 73).